■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD JONES, Appellant. [932 NYS2d 20]—

Concur—Catterson, J.P., Richter, Manzanet-Daniels and Román, JJ.